109 A.3d 676

**Tyrell HART, Petitioner**

v.

**PHILADELPHIA COURT OF COMMON PLEAS, Respondent.**

**No. 3 EM 2015.**

Supreme Court of Pennsylvania.

Feb. 11, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of February, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**